# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRANDON PARKS-BURNS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　Respondent. | No. ED CV 16-2257-R (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The Report and Recommendation is accepted.

　　　　2.　　Judgment shall be entered consistent with this Order.

　　　　3.　　The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: May 31, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE