UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRANDON PARKS-BURNS,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>    Respondent. | No. ED CV 16-2257-R (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: May 31, 2017

                                        HONORABLE MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE